IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 19 AM 8: 13

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

|  |  |  |
|---|---|---|
| MICHAEL HIGGINBOTTOM, et al., | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Civ. No. 04-2772-D/P |
| METHODIST HOSPITALS OF MEMPHIS, et al., | ) | |
| Defendants. | ) | |

## ORDER GRANTING JOINT MOTION FOR MODIFICATION OF THE COURT'S SCHEDULING ORDER

Before the court is the parties' Joint Motion for Modification of the Court's Scheduling Order, filed April 14, 2005 (dkt #20). In support of their motion, the parties state that the complaint has recently been amended to add two new defendants, and that the scheduling order needs to be amended to give the new defendants an opportunity to file appropriate motions and to take part in discovery. For good cause shown, the motion is GRANTED. An amended scheduling order will be entered by separate order.

The District Judge will notify the parties of the new trial date.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

5/18/05
Date

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on  5-20-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CV-02772 was distributed by fax, mail, or direct printing on May 20, 2005 to the parties listed.

---

William L. Bomar
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Jeffery A. Jarratt
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Michael E. Keeney
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Elijah Noel
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

William W. Dunlap
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT