IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL -6 PM 3: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

MICHAEL HIGGINBOTTOM, and
DIANNE HIGGINBOTTOM

    Plaintiffs,

v.　　　　　　　　　　　　　　　　NO.: 04-2772-D/P

METHODIST HEALTHCARE-MEMPHIS
HOSPITALS, T. MARTIN CARR M.D.,
P.C. and in his individual capacity
DR. MORRIS STALLINGS

    Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT

It appearing to this Court that Plaintiff's Motion for Leave to Amend Complaint is well taken, the Court exercising its discretion finds that good cause is shown to allow Plaintiff to amend the Complaint to correctly identify and/or name Defendant Methodist Healthcare-Memphis Hospitals:

IT IS, THEREFORE, ORDERED that Plaintiff be granted leave of Court to file the Amended Complaint.

UNITED STATES ~~DISTRICT~~ Magistrate JUDGE
DATE: July 6, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-11-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:04-CV-02772 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

William W. Dunlap
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Elijah Noel
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

William L. Bomar
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Michael E. Keeney
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Jeffery A. Jarratt
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT