IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ⎯⎯ D.C.

05 OCT 27 PM 2: 57

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

MICHAEL HIGGINBOTTOM, and
DIANNE HIGGINBOTTOM

    Plaintiffs,

v.                                                    NO.: 04-2772-D/P

METHODIST HEALTHCARE-MEMPHIS
HOSPITALS, T. MARTIN CARR M.D.,
P.C. and in his individual capacity
DR. MORRIS STALLINGS

    Defendants.

---

## [PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR MODIFICATION OF THE COURT'S SCHEDULING ORDER

---

It appearing to this Court that good cause is shown and that Plaintiff's Unopposed Motion

for Modification of the Court's Scheduling Order should be granted;

IT IS, THEREFORE, ORDERED that this Court's Scheduling Order be modified as

follows:

COMPLETION OF DISCOVERY: All discovery shall be completed on or before May

1, 2006.

    (a)    EXPERT WITNESS DISCLOSURE: (RULE 26):

        (1)    DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION:

        No later than January 26, 2006.

        (2)    DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT

        INFORMATION: No later than March 2, 2006.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

FILING DISPOSITIVE MOTIONS: No later than June 5, 2006.

UNITED STATES ~~DISTRICT~~ JUDGE
Magistrate

DATE: October 27, 2005

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:04-CV-02772 was distributed by fax, mail, or direct printing on October 28, 2005 to the parties listed.

William L. Bomar
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

James E. King
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Michael E. Keeney
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

Elijah Noel
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Bradley W. Eskins
ESKINS KING, PC
50 N. Front St.
Ste. 1170
Memphis, TN 38103

Jeffery A. Jarratt
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

William W. Dunlap
HARRIS SHELTON DUNLAP COBB & RYDER
One Commerce Square
Ste. 2700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT